UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATLANTIC SPECIALITY INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FIRSTCHOICE MEDICAL GROUP, INC., et al.,<br><br>　　　　Defendants. | Case No. 1:19-cv-01794-DAD-BAM<br><br>**ORDER GRANTING STIPULATION TO CONTINUE SCHEDULING CONFERENCE**<br><br>(Doc. No. 29) |

　　Currently before the Court is a stipulation to continue the Initial Scheduling Conference in this case, currently set for May 14, 2020. (Doc. No. 29.) According to the stipulation, the parties did not have time to prepare a Joint Scheduling Report due to conflicts among counsel. (*Id.*)

　　Based upon the parties' consent to the continuance as well as the limited extension sought, and in the interest of justice, the Court finds that the parties' request is warranted. However, the parties filed their stipulation for an extension of time on May 8, 2020, after the deadline for the Joint Scheduling Report had lapsed. Accordingly, counsel is reminded that the parties should seek to obtain any necessary extensions from the Court as soon as the need for an extension becomes apparent and requests for Court-approved extensions brought on or after the required filing date are generally looked upon with disfavor. *See* Local Rule 144(d). Additionally, future requests for continuances of the Initial Scheduling Conference should be supported by good cause, which may consist of the inability to comply with court orders in light of the COVID-19 pandemic. Any such future difficulties should be explained.

1     Accordingly, pursuant to the stipulation of the parties and in order to accommodate the Court's calendar, IT IS HEREBY ORDERED that the Initial Scheduling Conference is continued from 5/14/2020 to **June 17, 2020 at 9:00 AM in Courtroom 8 (BAM) before the undersigned.** A Joint Scheduling Report shall be filed one week prior to the conference. The parties are encouraged to appear at the conference by telephone with each party using the following dial-in number and access code: **dial-in number 1-877-411-9748; access code 3219139**.

IT IS SO ORDERED.

Dated:   **May 8, 2020**            /s/ *Barbara A. McAuliffe*
                                                       UNITED STATES MAGISTRATE JUDGE