UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATLANTIC SPECIALTY INSURANCE COMPANY,<br><br>            Plaintiff,<br>   v.<br><br>FIRST CHOICE MEDICAL GROUP, INC., et al.,<br><br>            Defendants. | Case No: l:19-cv-01794-DAD-BAM<br><br>**ORDER GRANTING WITHDRAWAL OF ATTORNEY**<br><br>(Doc. No. 37) |

Currently before the Court is Linda J. Carwile, Esq., of Karbal, Cohen, Economou, Silk & Dunne, LLC, notice to withdraw her appearance as counsel on behalf of Plaintiff Atlantic Specialty Insurance Company. (Doc. No. 37.)  Although styled as a motion to withdraw as counsel, the document is in effect a notice of withdrawal and no substitution or motion to withdraw is required as Plaintiff Atlantic Specialty Insurance Company continues to be represented by counsel in this matter. *See* Local Rule 182(d).

Accordingly, for good cause appearing, IT IS HEREBY ORDERED that counsel Linda J. Carwile, Esq., of Karbal, Cohen, Economou, Silk & Dunne, LLC is WITHDRAWN as counsel of record for Plaintiff in this case. The Clerk of Court is directed to terminate Ms. Carwile as counsel for Plaintiff in the above-captioned matter.
IT IS SO ORDERED.

Dated:   **April 21, 2021**                        /s/ *Barbara A. McAuliffe*              _
                                                                    UNITED STATES MAGISTRATE JUDGE

1