Theodore W. Hoppe, #138064
**HOPPE LAW GROUP**
680 W. Shaw Avenue, Suite 207
Fresno, CA 93704
Telephone: (559) 241-7070
Facsimile: (559) 241-7212
tad@hoppe-law.com

Roderick T. Dunne (admitted *pro hac vice*)
Karbal, Cohen, Economou, Silk & Dunne, LLC
150 S. Wacker Drive, Suite 1700
Chicago, IL 60606
Tel:    (312) 431-3700
Fax:   (312) 431-3670
rdunne@karballaw.com

*Attorneys for Plaintiff,*
*Atlantic Specialty Insurance Company*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| ATLANTIC SPECIALTY INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) Case No. 1:19-cv-01794-DAD-BAM ) ) |
| v. | ) STIPULATED EXTENSION OF DEADLINE ) FOR PRE-TRIAL MOTIONS; |
| FIRSTCHOICE MEDICAL GROUP, INC., DR. MANTHANI REDDY, DR. KIRAN REDDY, DR. CHINNAPA NAREDDY, DR. JOSE-LUIS BAUTISTA, DR. PAM JANDA, DR. TARLOCHAN TAGORE, DR. MADHAVA NARALA, DR. AJIT KHAIRA and SMARTMED, INC. d/b/a MEDSMART CONSULTING | ) ORDER ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## STIPULATION

Plaintiff, Atlantic Specialty Insurance Company ("Atlantic"), and Defendants, FIRSTCHOICE MEDICAL GROUP, INC., DR. MANTHANI REDDY, DR. KIRAN REDDY,

-1-

DR. CHINNAPA NAREDDY, DR. JOSE-LUIS BAUTISTA, DR. PAM JANDA, DR. TARLOCHAN TAGORE, DR. MADHAVA NARALA and DR. AJIT KHAIRA (collectively, "FIRSTCHOICE"), and SMARTMED, INC., doing business as MedSmart Consulting ("SmartMed") (collectively, "Defendants"), hereby agree and stipulate as follows:

WHEREAS, Counsel for Atlantic has experienced multiple changes in staffing, including the April 16, 2021 departure of the main handling attorney, Alan Posner;

WHEREAS, Atlantic would benefit from a brief 30-day extension for its new handling attorney(s) to adequately review and revise Atlantic's Motion for Summary Judgment;

WHEREAS, Defendants do not object to the requested extension, and;

WHEREAS: This extension is not being sought for any improper purpose or delay, and will not otherwise alter the Scheduling Order currently in place for this matter;

WHEREAS: Counsel for Atlantic has obtained approval of all parties hereto Atlantic has timely requested a thirty-day extension of all pertinent deadlines to file its Motion for Summary Judgment, and that Defendants.

ACCORDINGLY, Atlantic and Defendants, by and through their respective counsel, hereby agree and stipulate that the deadline for dispositive and non-dispositive pre-trial motions is hereby extended from its current date of April 26, 2021 to May 26, 2021. In addition, Atlantic hereby represents that it will not seek any further extensions for its Motion for Summary Judgment.

Dated: April 23, 2021                    HOPPE LAW GROUP

By: /s/ Theodore W. Hoppe
Theodore W. Hoppe
Attorneys for Plaintiff

**ATLANTIC SPECIALTY INSURANCE COMPANY**

-2-

STIPULATED EXTENSION OF DEADLINE
FOR PRE-TRIAL MOTIONS; ORDER

|  |  |
|---|---|
| Dated: April 23, 2021 | KARBAL, COHEN, ECONOMOU, SILK & DUNNE, LLC |

By: /s/ Rory T. Dunne
    Rory T. Dunne (PHV)
    Attorneys for Plaintiff

**ATLANTIC SPECIALTY INSURANCE COMPANY**

|  |  |
|---|---|
| Dated: April 23, 2021 | HAHN LOESER & PARKS LLP |

By: /s/ James E. Heffner
    James E. Heffner
    Lindsay J. Mertens

    Attorneys for Defendant
    **SMARTMED, INC.**

|  |  |
|---|---|
| Dated: April 23, 2021 | WILKINS, DROLSHAGEN & CZESHINSKI, LLP |

By: /s/ James H. Wilkins
    James H. Wilkins
    Attorneys for Defendants

**FIRSTCHOICE MEDICAL GROUP, INC., DR. MANTHANI REDDY, DR. KIRAN REDDY, DR. CHINNAPA NAREDDY, DR. JOSE-LUIS BAUTISTA, DR. PAM JANDA, DR. TARLOCHAN TAGORE, DR. MADHAVA NARALA, DR. AJIT KHAIRA**

STIPULATED EXTENSION OF DEADLINE
FOR PRE-TRIAL MOTIONS; ORDER

# **ORDER**

GOOD CAUSE HAVING BEEN SHOWN, and based on the parties' stipulation, the Court hereby modifies its Scheduling Order (Doc. 34) and orders that the dispositive motion deadline only shall be extended to **May 26, 2021**. The deadline for non-dispositive motions remains unmodified, as all discovery deadlines have either passed or remain unchanged.

Additionally, the party's existing Pretrial Conference date is no longer compatible with the modified Dispositive Motions deadline. Accordingly, the Scheduling Order (Doc. 34) is further MODIFIED and the Pretrial Conference currently set for July 12, 2021 is continued **to Monday, September 13, 2021 at 1:30 PM in Courtroom 5 (DAD) before District Judge Dale A. Drozd.**

IT IS SO ORDERED.

Dated:   **April 27, 2021**              /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE

STIPULATED EXTENSION OF DEADLINE
FOR PRE-TRIAL MOTIONS; ORDER

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2021 a copy of the foregoing document(s) were electronically filed using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

                                                    /s/ Theodore W. Hoppe
                                                  Theodore W. Hoppe